# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dish Network L.L.C. ,

Plaintiff(s),

v.

Ellas TV, Inc. and Mario Pappas,

Defendant(s).

Case No.  16-cv-04813
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiff  Dish Network L.L.C. and against defendants Ellas TV, Inc. and Mario Pappas in the amount of $500,000.  See attached Permanent Injunction Order.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  3/28/2018

Thomas G. Bruton, Clerk of Court

Susan McClintic , Deputy Clerk