**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-cv-04813 |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| ELLAS TV, INC. and | ) | |
| MARIO PAPPAS, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PERMANENT INJUNCTION**

Having considered the Stipulation for Entry of Permanent Injunction, and good cause appearing, the Court approves the stipulation and **ORDERS** as follows:

(1) Defendants Ellas TV, Inc., Mario Pappas, and other persons or entities acting in active concert or participation with them, including any of their officers, agents, servants, employees, attorneys, or other persons that receive actual notice of this order, are hereby permanently enjoined from receiving, assisting in receiving, transmitting, assisting in transmitting, divulging, using, or publishing, without DISH Network L.L.C.'s ("DISH") authorization, any satellite, internet, or other signals of DISH, including any channel or the audio or video content that airs on any channel, whether for Defendants' commercial gain, for testing, or any other purpose.

(2) This permanent injunction takes effect immediately.

(3) The Court retains jurisdiction over this action for the purpose of enforcing this permanent injunction.

**IT IS SO ORDERED.**

Dated: March 28, 2018

_____
Hon. Manish S. Shah
United States District Judge