**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:16-cv-04813 |
| v. ) | |
| ) | Judge Manish S. Shah |
| ELLAS TV, INC. and ) | |
| MARIO PAPPAS, ) | Magistrate Judge Young B. Kim |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING DISH NETWORK L.L.C.'S ATTORNEYS' FEES AND COSTS**

**WHEREAS,** on March 12, 2018, the Court issued a Memorandum Opinion and Order ("Order") (Dkt. 35) granting in part DISH Network L.L.C.'s motion for summary judgment. The Order found that Defendants Ellas TV, Inc. and Mario Pappas redistributed DISH's signals of the Sport Plus television channel through their own subscription-based television service for approximately five months, willfully violating the Federal Communications Act, 47 U.S.C. § 605(a) and that statutory damages totaling $500,000 is appropriate. (Order at 16.) The Order also directed DISH to submit a petition for attorneys' fees and costs, pursuant to Local Rule 54.3

**WHEREAS,** the Parties conferred pursuant to Local Rule 54.3 and have reached an agreement relating to DISH's reasonable attorneys' fees and costs in this case.

**It is ORDERED:**

DISH Network L.L.C., as the prevailing party, is awarded its reasonable attorneys' fees and expenses against Ellas TV, Inc. and Mario Pappas, jointly and severally, in the amount of $200,000 pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

Dated: March 28, 2018

_/s/ Manish S. Shah_
Hon. Manish S. Shah
United States District Judge