# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33**

June 5, 2018

| | |
|---|---|
| No. 18-1882 | DISH NETWORK L.L.C., Plaintiff - Appellee<br><br>v.<br><br>ELLAS TV, INC., et al., Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:16-cv-04813<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

Pursuant to Circuit Rule 33, briefing in this appeal is **SUSPENDED** pending further court order.


form name: **c7_Order_CR33**(form ID: **186**)